UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARIAN S. TENGBEH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION AND JPMORGAN<br>CHASE BANK, N.A.<br><br>　　　　Defendant. | Civil Action No.: 15-00098 |

**DEFENDANTS' ASSENTED-TO MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Federal National Mortgage Association ("Fannie Mae") and JPMorgan Chase Bank, N.A. ("JPMC", together with Fannie Mae "Defendants"), respectfully move for an extension of time through and including June 1, 2016, to respond to Plaintiff's ("Tengbeh", together with Defendants, the "Parties") Complaint. Tengbeh has recently been approved for a permanent loan modification and the Parties hope to resolve the matter without the need for further litigation, but require additional time. Tengbeh is *pro se* and assents to this motion as noted below.

*[Remainder of Page Left Intentionally Blank]*

For the foregoing reasons, the Defendants respectfully requests that this Assented to Motion for Extension of Time to Respond to Plaintiff's Complaint be GRANTED.

Respectfully submitted,

Federal National Mortgage Association and
JPMorgan Chase Bank, N.A.

By Their Attorney,

/s/ Wayne E. George
Wayne E. George, RI Bar # 8151
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, Massachusetts 02110
Tel: 617.341.7700
Fax: 617.341.7701
wayne.george@morganlewis.com

Assented-To,

Marian S. Tengbeh by permission
Marian S. Tengbeh, Pro Se
60 Berkshire Street
Providence, Rhode Island 02908

Dated: March 31, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 31, 2016

/s/ Wayne E. George
Wayne E. George

DB1/ 87038283.1